Case 3:22-cv-00292-wmc   Document #: 6   Filed: 06/06/22   Page 1 of 2
2:18-mn-02873-RMG   Date Filed 06/06/22   Entry Number 2387   Page 1 of 2
Case MDL No. 2873   Document 1456   Filed 06/06/22   Page 1 of 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −91)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 200 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 06, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Sandra S. Shealy*
DEPUTY CLERK

Case: 3:22-cv-00292-wmc   Document #: 6   Filed: 06/06/22   Page 2 of 2
2:18-mn-02873-RMG     Date Filed 06/06/22     Entry Number 2387     Page 2 of 2
Case MDL No. 2873   Document 1456   Filed 06/06/22   Page 2 of 2

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION     MDL No. 2873

### SCHEDULE CTO−91 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEW YORK SOUTHERN | | | |
| NYS | 7 | 22−04234 | Collart et al v. The Port Authority of New York and New Jersey et al |
| NYS | 7 | 22−04071 | Orange Water and Sewer Authority v. The 3M Company et al |
| NEW YORK WESTERN | | | |
| NYW | 6 | 22−06229 | County of Chemung −Elmira Corning Regional Airport v. The 3M Company et al |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 22−00292 | County of Dane v. 3M Company et al |